MARGARET SHERIDAN v. BOROUGH OF LITTLE FERRY AND R. A. HAMILTON CORP., *ET AL.*

May 2, 1972. Petition and Cross Petition for certification denied.

---

STATE OF NEW JERSEY v. FREDERICK A. WILLIAMS.

May 2, 1972. Petition for certification denied.

---

STATE OF NEW JERSEY v. ERNEST P. ROBERTS.

May 2, 1972. Petition for certification denied.

---

STATE OF NEW JERSEY v. JASPER BALDON.

May 2, 1972. Petition for certification denied.

---

RYAN SCHWARTZ, *ET AL.* v. UNIROYAL, INC., *ET AL.*

May 2, 1972. Petition for certification denied. (See 118 *N. J. Super.* 128)

---

STATE OF NEW JERSEY v. JOHN HENRY TILLMAN.

May 2, 1972. Petition for certification denied.